UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLOTTE JONES

VERSUS

CITY-PARISH OF BATON
ROUGE, ET AL

CIVIL ACTION

NO. 12-664-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 7, 2012 (doc. no. 3). The plaintiff filed an objection which merely restates her prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's Motion Remanding Case Back to State Court is DENIED.

Baton Rouge, Louisiana, this 20th day of February, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA